IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | No. 12-CR-30089-WDS |
| ) | |
| ) | |
| SCOTT MEDFORD,   ) | |
| ) | |
| Defendant.   ) | |

# O R D E R

**STIEHL, District Judge:**

Before the Court is the government's motion for finding of no third-party interests (Doc. 40). The motion seeks to have the Court enter an Order of clear title and forfeiture pursuant to 21 U.S.C. § 853(n)(7) with respect to $35,000 in United States currency seized from the defendant, Scott Medford, on August 23, 2011.

To date, no objections have been filed to the motion. Accordingly, the Court **GRANTS** the government's motion and hereby **FINDS** that there are no viable third-party interests in the seized currency, and pursuant to 21 U.S.C. § 853(n)(7) the United States has clear title to this seized property.

**IT IS SO ORDERED.**

**DATE:**  19 April, 2013

s/  WILLIAM D. STIEHL
DISTRICT JUDGE